**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOSPIRA INC.<br><br>Defendant. | Civil Action No. 16-998 (GMS) |

**JUDGMENT**

Plaintiff Millennium Pharmaceuticals, Inc. and Defendant Hospira Inc. having consented to entry of this judgment in a stipulation entered by the Court, based on the Court's Judgment in *Millennium Pharmaceuticals, Inc. v. Sandoz, Inc.*, No. 12-1011 (GMS) (D.I. 150), IT IS HEREBY ORDERED and ADJUDGED

1. that claims 20, 31, 49, and 53 of U.S. Patent No. 6,713,446 are invalid due to obviousness;
2. that all claims and counterclaims in this action relating to any claim other than claims 20, 31, 49, and 53 of U.S. Patent No. 6,713,446 are dismissed with prejudice, except as to Hospira asserting any or all invalidity defenses to claims 20, 31, 49 and 53 in the event that the case is remanded following appeal; and
3. that the parties shall bear their own costs, expenses, and attorneys' fees.

Dated: April 19, 2017

UNITED STATES DISTRICT JUDGE