MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

MARYELLEN NOREIKA
(302) 351-9278
(302) 425-3011 FAX
mnoreika@mnat.com

March 5, 2018

The Honorable Gregory M. Sleet *VIA ELECTRONIC FILING*
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Millennium Pharmaceuticals, Inc.*
Velcade Litigations

Dear Judge Sleet:

Enclosed is a proposed scheduling order incorporating the dates discussed during the February 26, 2018 teleconference with the Court. Plaintiff Millennium Pharmaceuticals, Inc. and Defendants Actavis LLC, Amneal Pharmaceuticals LLC, Apotex Corp, Apotex Inc., Cadila Healthcare Limited, Teva Pharmaceuticals USA, Inc., Zydus Pharmaceuticals (USA) Inc., and Hospira, Inc. submit their proposed Scheduling Order in the attached Exhibit A and their proposed schedule in the attached Exhibit B. Defendants Pharmascience Inc., Qilu Pharma, Inc., and Qilu Pharmaceutical Co., Ltd. have not provided their positions regarding this proposal.

Respectfully,

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)

MN/dlw
Enclosure
cc: Clerk of Court (Via Hand Delivery; w/ encl.)
All Counsel of Record (Via Electronic Mail; w/ encl.)